**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

FERNANDO HENRRIQUEZ GARCIA,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03323-RFB-BNW

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner Fernando Henrriquez Garcia has another habeas proceeding pending in this District: <u>Henriquez Garcia v. Blanche</u>, No. 2:26-CV-02361-JAD-DJA.

Accordingly, **IT IS HEREBY ORDERED** that, on or before October 26, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. <u>See</u> <u>Henriquez Garcia v. Blanche</u>, No. 2:26-CV-02361-JAD-DJA.

**DATED:** October 16, 2026

/s/ Richard F. Boulware

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**